# United States District Court
## for
## SOUTHERN DISTRICT OF CALIFORNIA

FILED
06 DEC 15  PM 12:38
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
                    BY_____ DEPUTY

U. S. A. vs. ESPINOZA, JESUS                    Docket No. 06CR1590LAB-001

### Petition for Action of Conditions of Pretrial Release

Comes now Diana Ghanem Pretrial Services Officer presenting an official report upon the conduct of defendant ESPINOZA, JESUS who was placed under pretrial release supervision by the Honorable Leo S. Papas sitting in the court at San Diego, on the 28th day of June 2006, under the following conditions:

**General Conditions:** Not commit a federal, state or local crime during the period of release; Make all court appearances.

**Special Conditions:** Restrict travel to Southern District of California; do not enter Mexico; report for supervision to Pretrial Services Agency (PSA) as directed by the assigned Pretrial Services Officer and pay for the reasonable costs of supervision in an amount determined by PSA and approved by the Court; not possess or use any narcotic drug or other controlled substance as defined in 21 U.S.C.§ 802, without a lawful medical prescription; not possess any firearm or other dangerous weapon or explosive device; actively seek and maintain full-time employment, schooling, or combination both; and do not drive without a valid license.  On August 30, 2006, U.S. District Judge Larry A. Burns modified the defendant's conditions of release to include drug testing and/or treatment as deemed appropriate by Pretrial Services.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:

**Condition Violated**: Not possess or use any narcotic drug or controlled substance (defined in 21 USC 802) without a lawful medical prescription.

1. On December 4, 2006, the defendant provided a urinalysis sample which confirmed positive for methamphetamine/amphetamine.

**Grounds for Violation**: I received and reviewed written laboratory notification from the U.S. Pretrial Services laboratory which confirms that the urine sample provided by the defendant MHS Inc., on December 4, 2006, confirmed positive for methamphetamine/amphetamine.  Further, the defendant admitted to using methamphetamine on December 2, 2006, which is consistent with his urine specimen.

PRAYING THAT THE COURT WILL ORDER A NO BAIL BENCH WARRANT FOR THE DEFENDANT'S ARREST TO BRING HIM BEFORE THE COURT TO SHOW CAUSE WHY HIS BOND SHOULD NOT BE REVOKED.

ORDER OF COURT

Considered and ordered this 13th day of December, 2006, and ordered filed and made a part of the records in the above case.

_____
U. S. Magistrate Judge Leo S. Papas

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 12/13/06

Respectfully,
_____
Diana Ghanem, U.S. Pretrial Services Officer
557-5938

Place   San Diego, California

Date   December 13, 2006